**SHAKED LAW GROUP, P.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/06/2023__

October 4, 2023

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 15D
New York, NY 10007

Re:  **Nadreca Reid v. Brix Chocolate, Inc.**
     **Case No. 23-cv-6934-AT-JW**
     **Motion to Extend Deadline to consent to conducting proceedings before Magistrate Judge**

Dear Judge Torres:

The undersigned represents Nadreca Reid, the Plaintiff in the above-referenced case. On August 8, 2023, Your Honor issued an Order directing the parties to discuss whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge and to file their decision by October 6, 2023.

Defendant in this case has been avoiding service and our process server only successfully served its registered agent on September 7, 2023. We have not heard from Defendant at all, even though we mailed and emailed them a copy of the August 8 Order.

Consequently, we are unable to jointly decide whether to proceed before the assigned Magistrate Judge or otherwise. If Defendant appears in the case in the next few weeks, Plaintiff respectfully requests that the deadline to comply with the October 8 Order be extended to November 3, 2023. If Defendant does not appear, then Plaintiff shall file its Request for Default by November 3, 2023.

No prior request for this relief has been made.

Thank you for your consideration.

GRANTED. By **November 3, 2023**, the parties shall file their joint case management plan and joint letter setting forth whether they consent to proceedings before the Magistrate Judge, or Plaintiffs shall move for default judgment.

SO ORDERED.

Dated: October 6, 2023
       New York, New York

**ANALISA TORRES**
**United States District Judge**