```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/08/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADRECA REID, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

-against-

BRIX CHOCOLATE, INC.,

                Defendant.

23 Civ. 6934 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 6, 2023, the Court granted Plaintiff's motion for an extension of time and ordered the parties to file a joint letter and proposed case management plan by November 3, 2023. ECF No. 10. These submissions are overdue. Accordingly, by **November 30, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge