UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADRECA REID, Individually and as the representative of a class of similarly situated persons,

           Plaintiff,

-against-

BRIX CHOCOLATE, INC.,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/04/2023_

23 Civ. 6934 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 6, 2023, the Court granted Plaintiff's motion for an extension of time and ordered the parties to file a joint letter and proposed case management plan by November 3, 2023. ECF No. 10. On November 8, 2023, having received no submissions, the Court extended the parties' deadline to November 30, 2023. ECF No. 13. The submissions are again overdue. Accordingly, by **December 22, 2023**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall indicate her intentions as to the prosecution of this action.

    SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge